# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| Tamika Lawton, as mother and natural guardian of J.L., a minor,<br><br>**Plaintiff,**<br><br>v.<br><br>The Kraft Heinz Company, Mondelez International, Inc., Post Holdings, Inc., The Coca-Cola Company, PepsiCo, Inc., General Mills, Inc., Nestle USA, Inc., Kellanova, WK Kellogg Co., Mars Incorporated, Inc., and Conagra Brands, Inc.,<br><br>**Defendants.** | Case No. 26-cv-44-LG-RPM |

**Defendants' Motion for Stay of Discovery and Protective Order**

Defendants The Kraft Heinz Company, Mondelez International, Inc., Post Holdings, Inc., The Coca-Cola Company, PepsiCo, Inc., General Mills, Inc., Nestlé USA, Inc., Kellanova, WK Kellogg Co., Mars Incorporated, Inc., and Conagra Brands, Inc., respectfully move this Court under its inherent power and Federal Rule of Civil Procedure 26(c) for an order staying all discovery in this case pending resolution of their contemporaneously-filed Motion to Dismiss. They would show that:

1. Courts have both inherent and Rule-based authority to stay discovery.

2. Every factor weighs in favor of staying discovery under the Court's inherent power.

3. Pending jurisdictional objections also weigh in favor of a stay.

4. For similar reasons, the Court may enter a protective order prohibiting discovery until Defendants' Motion to Dismiss is resolved.

5. In support, Defendants rely on the pleadings and other papers filed in this action and the following attached exhibits:

1

Ex. A – Letter from J. Reeves to Mag. J. Myers (Apr. 22, 2026); and

Ex. B – Letter from C. Mayo to Mag. J. Myers (Apr. 23, 2026).

Therefore, for these reasons and those stated in the brief supporting this Motion,

Defendants move this Court to stay all discovery until it decides their Motion to Dismiss.

This, the 1st day of May 2026.

Respectfully submitted,

*/s/ Ben Bryant (with consent)*

Benjamin Bryant (103623)
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, MS 39201
Tel: (601) 965-8171
Fax: (601) 961-4466
bbryant@balch.com

*Counsel for Defendant The Kraft Heinz Company*

2

*/s/ Paul Rosenblatt (with consent)*

Paul Rosenblatt (MB No. 104223)
KIRKLAND & ELLIS LLP
150 3rd Avenue South, Suite 1220
Nashville, TN 37201
Telephone: (629) 222-0114
paul.rosenblatt@kirkland.com

Jessica Davidson (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Jordan Michael Schwartz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 389-3358
jordan.schwartz@kirkland.com

*Counsel for Mondelēz International, Inc.*

3

*/s/ J. William Manuel (with consent)*

J. William Manuel (MB No. 9891)
Jason Tullos (MB No. 106703)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, Mississippi 39201
T: (601) 948–8000 F: (601) 948–3000
wmanuel@bradley.com
jtullos@bradley.com

Sarah L. Brew (admitted *pro hac vice*)
Tyler A. Young (admitted *pro hac vice*)
Rory F. Collins (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
T: (612) 766-7000 F: (612) 766-1600
sarah.brew@faegredrinker.com
tyler.young@faegredrinker.com
rory.collins@faegredrinker.com

*Counsel for Defendant Post Holdings, Inc.*

4

*/s/ Angela M. Spivey (with consent)*

Angela M. Spivey (MB No. 10572)
Andrew G. Phillips (admitted *pro hac vice*)
Jamie S. George (admitted *pro hac vice*)
Ismat Hanano (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
Tel: (404) 881-7000
angela.spivey@alston.com
andrew.phillips@alston.com
jamie.george@alston.com
esmat.hanano@alston.com

Kyle S. Moran (MB No. 10724)
Adam B. Harris (MB No. 102955)
PHELPS DUNBAR LLP
2602 13th Street
Suite 300
Gulfport, MS 39501
Tel: (288) 679-1130
Kyle.Moran@phelps.com
Adam.Harris@phelps.com

*Counsel for Defendant The Coca-Cola Company*

5

*/s/ E. Barney Robinson III (with consent)*

E Barney Robinson III (MB No. 09432)
BUTLER SNOW LLP
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) barney.robinson@butlersnow.com

Michael C. McCabe (MB No. 101548)
BUTLER SNOW LLP
1300 Twenty Fifth Avenue, Suite 204
Gulfport, MS 39501
P.O. Drawer 4248
Gulfport, MS 39502-4248
(P) (228) 575-3033
(F) (228) 868-1531
(E) michael.mccabe@butlersnow.com

Andrew S. Tulumello (admitted *pro hac vice*)
Arianna Scavetti (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(P) (202) 682-7000
(E) drew.tulumello@weil.com
(E) arianna.scavetti@weil.com

Brian G. Liegel (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
(P) (305) 577-3180
(E) brian.liegel@weil.com

*Counsel for Defendant PepsiCo, Inc.*

6

*/s/ J. Cal Mayo, Jr.*

J. Cal Mayo, Jr. (MB No. 8492)
MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
T: (662) 236-0055
F: (662) 236-0035
cmayo@mayomallette.com

S. Jamal Faleel (admitted *pro hac vice*)
Jaime Wing (admitted *pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, Minnesota 55402
T: (612) 321-2800
F: (612) 321-2288
jamal.faleel@nortonrosefulbright.com
jaime.wing@nortonrosefulbright.com

*Counsel for Defendant General Mills, Inc.*

7

*/s/ M. Patrick McDowell (with consent)*

M. Patrick McDowell (MB No. 9746)
Stephen J. Carmody (MB No. 8345)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, MS 39205
T: 601-948-3101
pmcdowell@brunini.com
scarmody@brunini.com

Lauren S. Colton (admitted *pro hac vice*)
Julie R. Schindel (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
100 International Drive Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701
lauren.colton@hoganlovells.com
julie.schindel@hoganlovells.com

*Counsel for Defendant Nestlé USA, Inc.*

8

*/s/ James J. Crongeyer, Jr. (with consent)*

James J. Crongeyer, Jr. (MSB #10536)
James M. Tyrone (MSB #102381)
Watkins & Eager PLLC
400 East Capitol Street, Suite 300 (39201)
Post Office Box 650
Jackson, MS 39205
Telephone: 601-965-1900
Facsimile: 601-965-1901
jcrongeyer@watkinseager.com
mtyrone@watkinseager.com

Stephen D. Andrews (*pro hac vice* #60932)
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: 202-434-5000
Fax: 202-434-5029
SAndrews@wc.com

*Counsel for Defendants Mars, Incorporated
(improperly named as Mars Incorporated, Inc.) and
Kellanova*

9

*/s/ Kaytie M. Pickett (with consent)*

Dean N. Panos (admitted *pro hac vice*)
John F. Ward, Jr. (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: 312.222.9350
dpanos@jenner.com
jward@jenner.com

Kaytie M. Pickett (MB No. 103202)
Adam Stone (MB No. 10412)
Kristine L. Callahan (MB No. 106630)
JONES WALKER LLP
3100 North State St., Suite 300
Jackson, MS 39216
Tel: 601.949.4900
Facsimile: 601.949.4804
kpickett@joneswalker.com
astone@joneswalker.com
kcallahan@joneswalker.com

*Counsel for Defendant WK Kellogg Co.*

10

*/s/ J. Carter Thompson, Jr. (with consent)*

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ, PC
One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Melissa A. Geist (admitted *pro hac vice*)
REED SMITH
506 Carnegie Center, Suite 300
Princton, NJ 08540
Telephone: (609) 514-5978
Facsimile: (+01) 951-0824
mgeist@reedsmith.com

Stephen J. McConnell (admitted *pro hac vice*)
REED SMITH
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8121
smcconnell@reedsmith.com

*Counsel for Defendant Conagra Brands, Inc.*

11