**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT**

| | |
|---|---|
| **TAMIKA LAWTON, AS MOTHER AND NATURAL GUARDIAN OF J. L., A MINOR** | **PLAINTIFFS** |
| **vs.** | **CIVIL ACTION NO. 1:26-cv-44-LG-RPM** |
| **THE KRAFT HEINZ COMPANY; MONDELEZ INTERNATIONAL, INC.; POST HOLDINGS, INC.; THE COCA-COLA COMPANY; PEPSICO, INC.; GENERAL MILLS, INC.; NESTLE USA, INC.; KELLANOVA; WK KELLOGG CO.; MARS INCORPORATED, INC.; and CONAGRA BRANDS, INC.** | **DEFENDANTS** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Conagra Brands, Inc.

("Conagra") makes the following disclosures:

1. Conagra is a publicly traded Delaware corporation (NYSE:CAG) and is a citizen of Delaware and Illinois.

2. Conagra has no parent company. As of the last publicly available filings related to stock ownership prior to this filing, the following publicly held company owns more than 10% of Conagra's common stock: Black Rock, Inc., a Delaware corporation (NYSE:BLK).

This, the 15th day of July, 2026.

Respectfully submitted,

CONAGRA BRANDS, INC.

By Its Attorneys,

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

By:   */s/ J. Carter Thompson, Jr.*
        J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Center, Suite 400
Jackson, MS 39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Heather A. Ritch Rocks (admitted *pro hac vice*)
hritchrocks@reedsmith.com
Michael J. Salimbene (admitted *pro hac vice*)
msalimbene@reedsmith.com
Stephen J. McConnell (admitted *pro hac vice*)
smcconnell@reedsmith.com
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

Melissa Geist (admitted *pro hac vice*)
mgeist@reedsmith.comREED SMITH LLP
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of the Court using the MEC system which served a copy upon all counsel of record who have registered with that system.

This, the 14th day of July, 2026.

/s/ J. Carter Thompson, Jr.
J. CARTER THOMPSON, JR.

2