**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**TAMIKA LAWTON, AS MOTHER**
**AND NATURAL GUARDIAN OF J. L., A MINOR**                              **Plaintiff**


  **v.**                                                **CIVIL  ACTION NO. 1:26cv44 TBM-RPM**


**THE KRAFT HEINZ COMPANY, MONDELEZ**
**INTERNATIONAL, INC., POST HOLDINGS, INC.,**
**THE COCA-COLA COMPANY, PEPSICO, INC.,**
**GENERAL MILLS, INC., NESTLE USA, INC.,**
**KELLANOVA, WK KELLOGG CO., MARS**
**INCORPORATED, INC., and CONAGRA**
**BRANDS, INC.**                                                **Defendants**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff TAMIKA LAWTON,

as mother and natural guardian of J.L., a Minor,  hereby voluntarily dismisses her claim without

prejudice as to Defendant Post Holdings, Inc. only.

Dated: July 20, 2026

                              Respectfully submitted,


                              /s/ *Virginia E. Anello*
                              Virginia E. Anello (VA-8197)
                              **DOUGLAS & LONDON P.C.**
                              935 Gravier St, Suite 2120
                              New Orleans, LA 70447
                              Tel: 212-566-7500
                              Email: vanello@douglasandlondon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I electronically filed the foregoing document with the   Clerk of the Court using the CM/ECF system which will send notification of such filing to  all attorneys of record.


Respectfully submitted,

/*s/ Virginia E. Anello*
Virginia E. Anello
DOUGLAS & LONDON, P.C.
*Admitted Pro Hac Vice*
935 Gravier St, Suite 2120
New Orleans, LA 70112
Ph: (212) 566-7500
Email: vanello@douglasandlondon.com