**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**TAMIKA LAWTON, AS MOTHER**
**AND NATURAL GUARDIAN OF J. L., A MINOR**                              **Plaintiff**


  **v.**                                                    **CIVIL ACTION NO. 1:26cv44 TBM-RPM**


**THE KRAFT HEINZ COMPANY, MONDELEZ**
**INTERNATIONAL, INC., POST HOLDINGS, INC.,**
**THE COCA-COLA COMPANY, PEPSICO, INC.,**
**GENERAL MILLS, INC., NESTLE USA, INC.,**
**KELLANOVA, WK KELLOGG CO., MARS**
**INCORPORATED, INC., and CONAGRA**
**BRANDS, INC.**                                                       **Defendants**

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT POST HOLDINGS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff TAMIKA LAWTON,

as mother and natural guardian of J.L., a Minor,  hereby voluntarily dismisses her claim without

prejudice as to Defendant Post Holdings, Inc. only.


Dated: July 21, 2026

                                RESPECTFULLY SUBMITTED,


                                  */s/ Jim Reeves*
                                  Jim Reeves
                                  REEVES & MESTAYER, PLLC
                                  160 Main Street
                                  Biloxi, MS  39530
                                  (228) 374-5151 (telephone)
                                  (228) 374-6630 (facsimile)
                                  jrr@rmlawcall.com (email)


                                  Attorney of Record for Plaintiff

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which provided notification of such filing to all Counsel of Record.

*/s/ Jim Reeves*
Jim Reeves, Esquire
MS Bar No. 9519
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com (email)